**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **SA CV 26-1143-JFW(JDEx)**                     Date:  May 21, 2026

Title:        Gerald J. Marcil, et al. *-v-* Nano Banc, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                        None                                                              None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: WHY THIS ACTION SHOULD NOT BE STAYED PENDING REFERENCE PROCEEDING**

On September 12, 2025, Defendant Nano Banc ("Nano") and Plaintiffs Gerald J. Marcil ("Marcil") and the Marcil Family Trust, established on May 9, 1997 (the "Marcil Trust") (collectively, the "Parties") entered into a Loan Amendment.  *See* Declaration of Gerald J. Marcil, Exh. 5 (Docket No. 8-1), ECF Pages 31-43.  Paragraph 8(d) of the Loan Amendment, entitled "Judicial Reference," provides that, with certain exceptions, "any and all Claims shall be heard by a referee and resolved by a reference proceeding pursuant to California Code of Civil Procedure (the 'CCP') Sections 638 through 645.1" and that "[t]he referee shall be a retired California state court judge or justice."  *See* paragraphs 8(d)(i) and (ii) of the Loan Amendment.

Accordingly, the Partes are ordered to show cause, in writing, on or before May 26, 2026, why this action should not be stayed and the plaintiffs' claims heard by a referee and resolved by a reference proceeding.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr_