**BRYAN CAVE LEIGHTON PAISNER LLP**
Martin W. Taylor, California Bar No. 149744
Kristin S. Webb, California Bar No. 258476
David J. Root, California Bar No. 307251
Wenqing Wenny Zhu, California Bar No. 358792
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
E-Mail:       marty.taylor@bclplaw.com
               kristin.webb@bclplaw.com
               david.root@bclplaw.com
               wenny.zhu@bclplaw.com

Attorneys for Defendant NANO BANC, a California corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GERALD J. MARCIL, an individual; GERALD J. MARCIL AND CAROL L. MARCIL AS TRUSTEES OF THE MARCIL FAMILY TRUST, DATED May 9, 1997; WOODGLEN APTS., LLC, a California limited liability company; ARROWHEAD STANTON APARTMENTS, LP, a California limited partnership; AZUL APARTMENTS LIMITED PARTNERSHIP, a California limited partnership; MONTERRA INVESTMENTS LP, a California limited partnership; TORRANCE TERRACE INVESTMENT, LP, a California limited partnership; PACIFICA GARDEN APTS., LP., a California limited partnership; HARBOR GREEN INVESTMENTS, LP, a California limited partnership; MARINE TERRACE INVESTMENT LIMITED, PARTNERSHIP, a California limited partnership; SUNSET RIDGE INVESTMENT LP, a California limited partnership; and WATERSTONE GARDEN INVESTMENTS, LP, a California limited partnership, <br><br> Plaintiffs, <br><br> v. <br><br> NANO BANC, a California corporation; MAHENDER MAKHIJANI, an | Case No. 8:26-CV-01143 <br><br> **DECLARATION OF DANIEL PATRICK IN SUPPORT OF DEFENDANT NANO BANC'S RESPONSE TO ORDER TO SHOW CAUSE** <br><br> Action Filed: May 11, 2026 <br> Trial Date: Not set |

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386



individual; CONTINUUM ANALYTICS, INC.; and DOES 1 through 20,

Defendants.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC

# **DECLARATION OF DANIEL PATRICK**

I, Daniel Patrick, declare as follows:

1.      I am a Senior Vice President with Defendant Nano Banc ("Defendant" or "Nano").  I have personally worked on and supervised work relating to Defendant's rights and interests in its loan in the principal amount of $19,184,817.74 (the "$19MM Loan") to Gerald J. Marcil and the Marcil Family Trust, established on May 9, 1997 (collectively, "Marcil Borrower") and its loan in the principal amount of $8.5MM (the "$8.5MM Loan") to Pacifica Garden APTS., LP ("Pacifica Garden").  I make this Declaration in support of Defendant's Response to Order to Show Cause.  I have personal knowledge of the facts contained in this Declaration, which I obtained through, among other things, a review of the business records in Defendant's custody, possession, and control.  If called as a witness, I could and would competently testify to the facts set forth below.

2.      In the regular performance of my duties, I am familiar with the business records maintained by Nano for purposes of its loan files.  Pursuant to Nano's policies and procedures, these records (which include data compilations, electronically imaged documents, and other documents and records) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records and are kept in the ordinary course of business activity conducted regularly by Nano.  The information recorded includes documents and information associated with the origination of the loan, including but not limited to the loan agreement and any additional or related agreements, information on assets provided by borrowers in connection with the issuance of a given loan, information on payments from borrowers, and information relating to contact with borrowers.  As part of the regular course of Nano's business, it maintains images of documents related to loan origination in its document database.  I know that pursuant to Nano's policies and procedures,

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

images of documents are scanned into Nano's document database without alteration at or near the time they are generated or received.  It is the regular practice of Nano to make these records.  In connection with making this declaration, I have personally examined these records.

### The $19MM Loan

3.      On or about December 9, 2024, the Marcil Borrowers executed and delivered to Nano a Promissory Note dated December 9, 2024 (the "2024 Marcil Note") payable to Nano in the original principal amount of $19,184,817.74.  The $19MM Loan had a maturity date of December 10, 2025.  I have reviewed the 2024 Marcil Note, a copy of which is in Defendant's records relating to the $19MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the 2024 Marcil Note is attached hereto as **Exhibit A**.

4.      In connection with the 2024 Marcil Note, Nano and the Marcil Borrowers entered into and executed a Business Loan Agreement (the "2024 $19MM Loan Agreement") evidencing Nano's agreement to loan the Marcil Borrowers the original principal amount of $19,184,817.74.  I have reviewed the 2024 $19MM Loan Agreement, a copy of which is in Defendant's records relating to the $19MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the 2024 $19MM Loan Agreement is attached hereto as **Exhibit B**.

5.      On or about April 3, 2025, Nano and the Marcil Borrowers agreed to, among other things, amend the maturity date for the $19MM Loan from December 10, 2025 to May 10, 2025, pursuant to a Change in Terms Agreement dated April 3, 2025.  A true and correct copy of this Change in Terms Agreement is attached hereto as **Exhibit C.**

6.      On or about April 23, 2025, Nano and the Marcil Borrowers agreed to, among other things, amend the maturity date for the $19MM Loan to April 10,

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

2032, pursuant to a Change in Terms Agreement dated April 23, 2025.  The Marcil Borrowers also agreed to "pay this loan in 83 payments of $294,393.31 each payment and an irregular last payment estimated at $294,393.48. Borrower's first payment is due May 10, 2025, and all subsequent payments are due on the same day of each month after that."  A true and correct copy of this Change in Terms Agreement is attached hereto as **Exhibit D**.

7.     On or about May 22, 2025, Nano and the Marcil Borrowers agreed to, among other things, further amend the maturity date for the $19MM Loan to May 10, 2032, pursuant to a Change in Terms Agreement dated May 22, 2025.  The Marcil Borrowers also agreed to "pay this loan in 83 payments of $294,359.41 each payment and an irregular last payment estimated at $294,359.48.  Borrower's first payment is due June 10, 2025, and all subsequent payments are due on the same day of each month after that.  Borrower's final payment will be due on May 10, 2032, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest."  A true and correct copy of this Change in Terms Agreement is attached hereto as **Exhibit E**.

8.     In connection with the Change in Terms Agreement dated May 22, 2025, the Marcil Borrower and Nano entered into a Business Loan Agreement dated May 22, 2025 (the "2025 $19MM Loan Agreement").  I have reviewed the 2025 $19MM Loan Agreement, a copy of which is in Defendant's records relating to the $19MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the 2025 $19MM Loan Agreement is attached hereto as **Exhibit F**.

9.     On or around September 12, 2025, Marcil Borrower and Nano entered into a Loan Amendment dated September 12, 2025 (the "$19MM Loan Amendment").  I have reviewed the "$19MM Loan Amendment, a copy of which is maintained in Defendant's records relating to the $19MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC

they were made.  A true and correct copy of the $19MM Loan Amendment is attached hereto as **Exhibit G**.

10.    The $19MM Loan Amendment includes a Company Consent and Acknowledgement, which defines Arrowhead Stanton Apartments, LP, Torrance Terrace Investment, LP, Azul Apartments, LP, and Monterra Investment LP, individually and collectively, as the Company.  However, only the ownership interests of Arrowhead Stanton Apartments, LP and Monterra Investment LP are pledged as collateral according to Pledge and Security Agreement, Section B and C. Torrance Terrace Investment, LP and Azul Apartments, LP are not part of the pledged collateral structure, and accordingly, did not execute the Company Consent and Acknowledgement.

### The $8.5MM Loan

11.    On or about March 1, 2019, Pacifica Garden executed and delivered to Nano a Promissory Note dated March 1, 2019 (the "Pacifica Garden 2019 Note") payable to Nano in the original principal amount of $8,500,000.00.  The Pacifica Garden Original Loan had a maturity date of February 28, 2020.  I have reviewed the Pacifica Garden 2019 Note, a copy of which is in Defendant's records relating to the $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the Pacifica Garden 2019 Note is attached hereto as **Exhibit H**.

12.    In connection with the Pacifica Garden 2019 Note, Pacifica Garden and Nano entered into a Business Loan Agreement dated March 1, 2019 (the "2019 Pacifica Garden Loan Agreement") evidencing Nano's agreement to loan Pacifica Garden the original principal amount of $8,500,000.00.  I have reviewed the 2019 Pacifica Garden Loan Agreement, a copy of which is in Defendant's records relating to the $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the 2019 Pacifica Garden Loan Agreement is attached hereto as **Exhibit I**.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

13. On or about February 28, 2020, Nano and Pacifica Garden agreed to, among other things, change the maturity date for the $8.5MM Loan from February 28, 2020 to June 28, 2020 pursuant to a Change in Terms Agreement dated February 28, 2020. I have reviewed the Change in Terms Agreement dated February 28, 2020, a copy of which is in Defendant's records relating to the $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made. A true and correct copy of the Change in Terms Agreement dated February 28, 2020, is attached hereto as **Exhibit J**.

14. On or about June 27, 2021, Nano and Pacifica Garden agreed to, among other things, change the maturity date for the $8.5MM Loan to June 27, 2024, pursuant to a Change in Terms Agreement dated June 27, 2021. I have reviewed the Change in Terms Agreement dated June 27, 2021, a copy of which is in Defendant's records relating to $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made. A true and correct copy of the Change in Terms Agreement dated June 27, 2021, is attached hereto as **Exhibit K**.

15. On or about September 20, 2024, Nano and Pacifica Garden entered into and executed a Promissory Note (the "2024 Pacifica Garden Note") payable to Nano in the principal amount of $8,542,500.00, which has a maturity date of October 1, 2027. I have reviewed the 2024 Pacifica Garden Note, a copy of which is in Defendant's records relating to the $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made. A true and correct copy of the 2024 Pacifica Garden Note is attached hereto as **Exhibit L**. The 2024 Pacifica Garden Note "restates and replaces Promissory Note . . . dated March 1, 2019 from Borrower to Lender, in the original stated credit limit of $8,500,000.00."

16. In connection with the 2024 Pacifica Garden Note, Pacifica Garden

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

and Nano entered into a Business Loan Agreement dated September 20, 2024 (the "2024 Pacifica Garden Loan Agreement") evidencing Nano's agreement to loan Pacifica Garden the original principal amount of $8,542,500.00.  I have reviewed the 2024 Pacifica Garden Loan Agreement, a copy of which is in Defendant's records relating to the $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the 2024 Pacifica Garden Loan Agreement is attached hereto as **Exhibit M**.

17.    On or around September 12, 2025, Pacifica Garden and Nano entered into a Loan Amendment dated September 12, 2025 (the "$8.5MM Loan Amendment").  I have reviewed the $8.5MM Loan Amendment, a copy of which is maintained in Defendant's records relating to the $8.5MM Loan, which is kept in the regular course of business for Defendant and reflects any changes at the time they were made.  A true and correct copy of the $8.5MM Loan Amendment is attached hereto as **Exhibit N.**

18.    As of the date of this declaration, Nano has not commenced any foreclosure action against the Evariste Guaranties, which include Harbor Green Investments, LP; Marine Terrace Investment Limited Partnership; Sunset Ridge Investment LP; and Waterstone Garden Investments, LP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 26, 2026, at Irvine, California.

_____/s/ Daniel Patrick_____
Daniel Patrick

DECLARATION OF DANIEL PATRICK ISO OF DEFENDANT NANO BANC'S RESPONSE TO OSC